**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**ANDERSON DIVISION**
**CASE NUMBER: 8:26-cv-00296-DCC**

| | |
|---|---|
| BENJAMIN DURBIN and BROOKE SEARLES,<br>Plaintiffs,<br>v.<br>JULIA FANELLO,<br>Defendant. | **JOINT STATUS REPORT** |

Counsel for the Parties previously had a joint conference with the Court in this matter to preliminarily discuss the proper administration of the case and a potential for early resolution being discussed among the parties. No resolution has yet been reached, but the parties are still discussing the potential for early resolution before extensive discovery and depositions and would respectfully request an additional thirty (30) days to see if a settlement can be reached.

**RESPECTFULLY SUBMITTED:**

*s/ Peter E. Farr*
Peter E. Farr, Esquire
Fed. Bar No. 9709
Murphy & Grantland, P.A.
P.O. Box 6648
Columbia, SC 29260
Phone: (803) 454-1234

*Attorney for Defendant*

*s/ James G. Biggart, II*
James G. Biggart, II, Esquire
Fed. Bar No.: 14195
Morgan & Morgan
4401 Belle Oaks Drive, Suite 300
North Charleston, SC 29405
Phone: (843) 973-5180

*Attorney for Plaintiffs*